| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RICKY DALE FORD, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:16-CV-129
§
E. SAM, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ricky Dale Ford, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed a motion seeking to dismiss all causes of action against all defendants except for: (a) a claim that defendant Sam used excessive force against him and (b) claims that defendant Breaux denied him property, denied him access to the courts, retaliated against him and destroyed or stole his property. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motion. The magistrate judge recommends the motion be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The motion to dismiss is **GRANTED**. All claims except for: (a) a claim that defendant E. Sam used excessive force and (b) claims that defendant Breaux denied plaintiff property, denied him access to the courts,

retaliated against him and destroyed or stole his property are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

SIGNED at Plano, Texas, this 12th day of September, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE